|  |  |
|---|---|
| 1 | DAVID E. McALLISTER (AZ BN 021551) |
|  | JOSEPHINE E. PIRANIO (AZ BN 020630) |
| 2 | PITE DUNCAN, LLP |
|  | 4375 Jutland Drive, Suite 200 |
| 3 | P.O. Box 17933 |
|  | San Diego, CA 92177-0933 |
| 4 | Telephone: (858)750-7600 |
|  | Facsimile: (619) 590-1385 |
| 5 | jsalmon@piteduncan.com |

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: October 27, 2009**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

Attorneys for WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2006-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>GREGORY M BERNARD AND JEANNE L BERNARD,<br><br>Debtor(s). | Case No. 2:09-BK-22261-RJH<br><br>Chapter 7<br><br>ORDER FOR RELIEF |
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2006-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3,<br><br>Movant,<br><br>v.<br><br>GREGORY M BERNARD AND JEANNE L BERNARD, Debtor(s); and ROGER W. BROWN, Chapter 7 Trustee,<br><br>Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay having been duly served upon Respondent, Respondent's counsel, and the Trustee, and no objection having been received, and good cause appearing therefor,

-1-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust commonly known as 324 East Riviera Drive, Tempe, Arizona 85283 ("Real Property"), which is legally described as:

> LOT 677, NU-VISTA UNIT EIGHT, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 98 OF MAPS, PAGE 17.

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

4. Upon foreclosure, in the event Debtors fail to vacate the Property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

5. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case;

6. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

7. Counsel for Movant is to serve a copy of this Order immediately upon Debtors, Debtors' counsel, the Trustee, and all other interested parties entitled to Notice of Motion.

DATED this _____ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE